## ARMED SERVICES BOARD OF CONTRACT APPEALS

| | | |
|---|---|---|
| Appeal of -- | ) | |
| | ) | |
| Synkera Technologies, Inc. | ) | ASBCA No. 58584 |
| | ) | |
| Under Contract No. DAAD13-02-C-0017 | ) | |

APPEARANCE FOR THE APPELLANT:    Mr. Brian L. Sperry
  Vice President & Chief Financial Officer

APPEARANCES FOR THE GOVERNMENT:    E. Michael Chiaparas, Esq.
  DCMA Chief Trial Attorney
Francis P. Minogue, Esq.
  Trial Attorney
  Defense Contract Management Agency
  Denver, CO

## ORDER OF DISMISSAL

The dispute has been settled. The appeal is dismissed with prejudice.

Dated: 7 August 2014

PETER D. TING
Administrative Judge
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 58584, Appeal of Synkera Technologies, Inc., rendered in conformance with the Board's Charter.

Dated:

JEFFREY D. GARDIN
Recorder, Armed Services
Board of Contract Appeals